UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LINA LOPEZ,

        Plaintiff,

  v.

HMS HOST, INC. et al,

        Defendant.

Case Number: CV09-04930 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lina Lopez
5405 Rushingwood Court
Antioch, CA 94531

Dated: January 13, 2010

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk