IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINA LOPEZ, | No. C 09-04930 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HMS HOST, INC., et al., | |
| Defendants. | |

The Court has dismissed plaintiff's first amended complaint with prejudice. Judgment in favor of defendants and against plaintiff is hereby entered in accordance with that order.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 12, 2010

SUSAN ILLSTON
United States District Judge