United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINA LOPEZ,

     Plaintiff,

  v.

HMS HOST, INC., et al.,

     Defendants.
                      /

No. C 09-04930 SI

**JUDGMENT**

The Court has dismissed plaintiff's first amended complaint with prejudice. Judgment in favor of defendants and against plaintiff is hereby entered in accordance with that order.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 12, 2010

SUSAN ILLSTON
United States District Judge